**DISTRICT COURT OF MARYLAND FOR** _____

LOCATED AT (COURT ADDRESS)

CASE NO. **CV**

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☑ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

I want a reimbursement for my items that wasn't delivered.

**PARTIES**

Plaintiff: Dawn Fleet — 3012 Oak Green Ct, Apt F, Ellicott City MD, 21043
Mark Griffin — 3114 E. Monument Baltimore MD 21205

VS.

Defendant(s):
1. United States Postal Service
   3375 Ellicott Center Drive
   Ellicott City MD 21043
   Serve by: ☑ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Samuel Robertson
   3375 Ellicott Center Drive
   Ellicott City MD 21043
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. [blank — stamp: RECEIVED APR 10 AM 10:52 DIST. COURT OF MD DIST. HOWARD CO]

4. [blank]

(See Continuation Sheet)

The Plaintiff claims $ 479, plus interest of $ 521, Interest at the ☐ legal rate ☐ contractual rate calculated at ____ %, from ____ to ____ (____ days x $____ per day) and attorney's fees of $____ plus court costs.

☐ Return of the property and damages of $____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $____ for its detention in action of detinue.
☐ Other: ____

and demands judgment for relief.

_Dawn Fleet_   _Mark [Griffin]_
Signature of Plaintiff/Attorney/Attorney Code

Printed Name: DAWN FLEET
Address: 3012 Oak Green Ct. Apt F. Ellicott City MD 21043
Telephone Number: 443-378-2651
Fax: ____
E-mail: neKhia0108@gmail.com

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____    _____
Date                         Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____. ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____    _____
Date                         Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)   Print Date (01/2016)